# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1391

_____

| | | |
|---|---|---|
| Earl Baker, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Sears, Roebuck and Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: September 17, 1999
Filed: September 22, 1999

_____

Before BEAM, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Earl Baker appeals the district court's adverse grant of summary judgment in favor of Sears, Roebuck and Company on Baker's age-based employment discrimination claim. Baker's appeal has been submitted on the briefs. Having reviewed the record and materials submitted by the parties, we conclude the district court's decision is clearly correct. We also conclude there is nothing to be gained by an extended discussion that rehashes the well-established principles of law in this fact-intensive case. The parties' submissions show they are thoroughly familiar with the issues before the court and the controlling law. We thus affirm on the basis of the district court's thorough memorandum opinion and order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.